## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DELUXE BUILDING REALTY, LLC, AND JACOB FRYDMAN,

                     Petitioners

                 v.

TWENTY-SIXTH JUDICIAL DISTRICT OF THE UNIFIED JUDICIAL SYSTEM, SEDA-COG JOINT RAIL AUTHORITY, BERWICK INDUSTRIAL DEVELOPMENT ASSOCIATION, SUSQUEHANNA UNION RAILROAD COMPANY, UNION COUNTY INDUSTRIAL RAILROAD, LYCOMING VALLEY RAILROAD COMPANY, NITTANY & BALD EAGLE RAILROAD COMPANY, NORTH SHORE RAILROAD COMPANY, JUNIATA VALLEY RAILROAD COMPANY, SHAMOKIN VALLEY RAILROAD COMPANY, KELLY O'BRIEN, JEFFREY STOVER, JEFFREY PONTIUS AND JB HAMLET RE, LLC,

                     Respondents

:  No. 137 MM 2022
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of April, 2023, the Application for Extraordinary Jurisdiction is DENIED.